IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MELANIE LYNN VICHECK,  )
    Petitioner,  )
      )
    v.  )  Civil Action No. 11-693
      )
SUPERINTENDENT, et al.,  )
    Respondents.  )

O R D E R

AND NOW, this 7th day of July 2011, after the petitioner, Melanie Lynn Vicheck, presented a petition for a writ of habeas corpus, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the petitioner was accorded fourteen days in which to file written objections thereto, and upon consideration of the objections filed by the petitioner, and after independent review of the pleadings, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Melanie Lynn Vicheck is transferred forthwith to the United States Court of Appeals for the Third Circuit as a repeat petition.

_____
United States District Judge